IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL STUART, | No. 2:10-cv-2098 MCE KJN P |
|     Petitioner, | |
|  vs. | ORDER |
| SINGH, | |
|     Respondent. | |
| _____/ | |

        Petitioner, a state prisoner proceeding without counsel, has filed a notice of appeal of this court's dismissal of petitioner's application for a writ of habeas corpus, and thus moves for a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing, or state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

///

///

1    This court properly dismissed as time-barred the instant petition for writ of habeas corpus; petitioner failed to assert any basis to warrant equitable tolling of the limitations period. Moreover, the court found, alternatively, a lack of support for petitioner's "actual innocence" and due process claims.  <u>See</u> Magistrate Judge's Findings and Recommendations, filed July 14, 2011 (Docket No. 15), and Order Adopting Findings and Recommendations, filed September 12, 2011 (Docket No. 20).  Therefore, petitioner has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability (Dkt. No. 22), is DENIED.

Dated: November 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE